IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA**

      vs.                      2:12-mj-647
                                  Magistrate Judge King

**DONALD ANTHONY COX, Jr.**

## ORDER

Upon unopposed motion, Doc. No. 7, the complaint in this action is **DISMISSED.**

The Clerk shall terminate this case.

                                          *s/Norah McCann King*
                                            Norah M$^{c}$Cann King
                                  United States Magistrate Judge

October 23, 2012
(Date)